# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN C. KASZUBA, | : |
| Plaintiff | : CIVIL ACTION NO. 3:16-1239 |
| v. | : (JUDGE MANNION) |
| BOROUGH OF DICKSON CITY, *et al.*, | : |
| Defendants | : |

## ORDER

For the reasons discussed in the court's memorandum issued this day,

**IT IS HEREBY ORDERED THAT**:

**(1)** The defendants' motion for summary judgment, **(Doc. 23)**, is **GRANTED** with respect to all of plaintiff's constitutional claims in Counts I-III of his complaint, **(Doc. 1)**;

**(2)** The clerk of court is directed to enter **JUDGMENT** in favor of all of the defendants on Counts I-III of the plaintiff's complaint, **(Doc. 1)**; and

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 19, 2018**